UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BAKER,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>J. SOTO, Warden, et al.,<br><br>　　　　Defendants. | Case No. CV 15-9486-PA(GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings, motions, and other documents filed in this action, including Plaintiff's Notice of Intent to Stand on The Complaint filed on February 26, 2016 [Dkt. 14], and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

　　The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

　　(1) All claims alleged in the Complaint are dismissed without leave to amend, except the following claims survive: the Section 1983 Eighth Amendment excessive force claims against Defendants Lopez, Enriquez, Rosas, and Marquez; and the Section 1983 Eighth Amendment denial of medical

treatment claims against Defendants Lopez, Enriquez, Rosas, Pabom, and Richardson;

and

(2) The request for monetary relief against Defendants in their official capacities is stricken.

**IT IS SO ORDERED.**

DATE: April 2, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE