1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

TIMOTHY R. BAKER,

Case No. CV 15-9486-PA (GJS)

12

Plaintiff

13

v.

**JUDGMENT**

14

J. SOTO, Warden, et al.,

15

Defendants.

16
17
18

Pursuant to the Court's Order Granting Plaintiff's Request To Dismiss This

19

Action Without Prejudice,

20

IT IS ADJUDGED THAT this action is dismissed without prejudice.

21
22

DATE: June 23, 2017

23

_____

24

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

25
26
27
28